# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139095

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 139095
                                  COA: 284056

JAMES LAVERN HOWARD,
      Defendant-Appellant.
                                  Lenawee CC: 07-013048-FH

_____/

      On order of the Court, the application for leave to appeal the April 28, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

_____
Clerk

d0921